IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHERYL PRICE,<br><br>    Plaintiff,<br><br>v.<br><br>LELAND DUDEK, Acting Commissioner of Social Security,<br><br>    Defendant. | 8:25CV252<br><br><br>**ORDER** |

  In this case, plaintiff Cheryl Price ("Price") seeks judicial review of the denial of her request for social security benefits (Filing No. 1). *See* 42 U.S.C. § 405(g) (judicial review). Before the Court is her Application to Proceed in District Court Without Prepaying Fees or Costs (Filing No. 2). *See* 28 U.S.C. § 1915(a)(1) (allowing the Court to "authorize the commencement, prosecution or defense of any suit, action or proceeding, civil or criminal, or appeal therein, without prepayment of fees or security therefor"). Price declares she is "unable to pay the costs of these proceedings" and should be granted relief.

  Based on Price's sworn description of her financial situation, including her income, employment, and assets, the Court agrees. Her application is therefore granted, and Price is permitted to proceed without prepaying fees or costs.

  IT IS SO ORDERED.

  Dated this 14th day of April 2025.

                     BY THE COURT:

                     Robert F. Rossiter, Jr.
                     Chief United States District Judge