IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHERYL PRICE,<br><br>          Plaintiff,<br><br>     v.<br><br>FRANK BISIGNANO, Commissioner of Social Security,<br><br>          Defendant. | 8:25CV252<br><br>JUDGMENT |

In accordance with the Memorandum and Order entered today (Filing No. 22), judgment is entered in favor of plaintiff Cheryl Price and against defendant Frank Bisignano, Commissioner of Social Security, in the amount of $3,535.84 in attorney fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

Dated this 11th day of December 2025.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge